UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS     Case NO:

Leonardo   Rosa

v.

Massachusetts Department of Revenue

Child support division

# PARTIES

1- The plaintiff is a natural person residing at the address 964 Broad street ,Apt #2, Providence - Rhode Island .

2- The Defendant is a part of the Commonwealth of Massachusetts Department of Revenue so called Child support enforcement agency which is located at 51 sleeper st ,the Boston ,MA. 02210

Jurisdiction

3- This court has jurisdiction over this matter pursuant to 28 U.S.C section 1332.

## Facts

4- The Plaintiff separated from the mother of child, now live separated and apart.

5- The plaintiff has been paying for child support of a child that the paternity test shows is not the child is not his child.

6- The plaintiff requested and conducted a paternity test, the result showed the child is not his .( the copy is attached ).

7- The Defendant repeatedly was notified of the fact that the child is not his and requested that stop taking child support from his paychecks for several years., for the child that he is not the father.

8- The plaintiff suffered substantial financial hardships by the Defendant taking money from his paycheck for the child support see the copy of the plaintiff paycheck is attached.

WHEREFORE , the plaintiff demands the Defendant ordered stop taking money weekly for a wrong child support the paternity test shows that is not my child, and enter judgment for the plaintiff.

The plaintiff demand jury trial

Date :

*Leonardo Rosa*

12-19-12

Respectfully Submitted by Plaintiff

Leonardo – Rosa

964 Broad Street

Apt #2

Providence – RI 02905

Tel # 401-837-3649